PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501
Telephone: (951) 276-6990
Facsimile: (951) 276-6973
Email: Everett.L.Green@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re:

HAO WANG,

Debtor.

---

UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16,

Plaintiff,

v.

HAO WANG,

Defendant.

Case No. 6:18-bk-14917-SC

Chapter 7

Adversary No. 6:19-ap-01140-SC

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO DISMISS ADVERSARY PROCEEDING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041**

**Pre-Trial Conference Hearing:**
Date: February 16, 2021
Time: 1:30 p.m.
Place: United States Bankruptcy Court
Video Courtroom 126
3420 Twelfth Street
Riverside, CA 92501

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, AND PARTIES-IN-INTEREST:**

This stipulation, pursuant to Federal Rule of Bankruptcy Procedure 7041, is entered into between Plaintiff, United States Trustee for the Central District of California, Region 16 ("U.S. Trustee") and Hao Wang ("Defendant").

**RECITALS**

A. On October 11, 2019, the U.S. Trustee filed a complaint seeking to deny Defendant's discharge under 11 U.S.C. § 727 ("Adversary Proceeding").

B. Defendant filed an answer to the complaint denying the complaint's allegations.

C. After conducting discovery and meeting and conferring with the Defendant, the U.S. Trustee wishes to dismiss the Adversary Proceeding.

**NOW THEREFORE**, subject to Court approval, the parties stipulate as follows:

1. The Adversary Proceeding will be dismissed.

2. The parties will bear their own fees and expenses.

3. The pre-trial conference scheduled for February 16, 2021 is vacated and no appearances are required.

4. This stipulation may be signed in counterparts and a facsimile of a signature will serve as an original.

Dated: February 9, 2021

UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16

By: Everett L. Green
Everett L. Green
Trial Attorney

Dated: February 10, 2021

By: ______________________
Hao Wang
Debtor & Defendant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3801 University Avenue, Suite 720
Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO DISMISS ADVERSARY PROCEEDING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 10, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 10, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hao Wang
8478 Bullhead Ct.
Rancho Cucamonga, CA 91739

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 10, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 10, 2021 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Mailing Information for Case 6:19-ap-01140-SC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Arturo Cisneros (TR)** amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Abram Feuerstein** abram.s.feuerstein@usdoj.gov
- **Everett L Green** everett.l.green@usdoj.gov
- **United States Trustee (RS)** ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Hao Wang**
8478 Bullhead Ct.
Rancho Cucamonga, CA 91739

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.